

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,      08 Civ. 10791 (LLS)

    - against -                ORDER

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

    Upon the application by plaintiff, and after hearing plaintiff's counsel Alexander M. Vasilescu, Esq. and defendants' counsel Mauro Wolfe, Esq. (by telephone), and sufficient cause appearing, Lee Richards, of Richards Kibbe & Orbe LLP, is appointed receiver over all the assets and accounts of defendant Bernard L. Madoff Investment Securities LLC ("BMIS") outside of the United States, to take control forthwith over BMIS's dealings and transactions with any non-United States entity or counterparty, with full access to all BMIS's books and records necessary or useful to him in the exercise of his powers over BMIS's foreign business or transactions.

Dated:  New York, New York
       December 11, 2008

                                  _____
                                  LOUIS L. STANTON
                                  U. S. D. J.  6 :42 P.M.

Securities and Exchange Commission v. Madoff et al    Doc. 2