SECURITIES INVESTOR PROTECTION
   CORPORATION
JOSEPHINE WANG (JW0674)
General Counsel
KEVIN H. BELL (KB2260)
Senior Associate General Counsel
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005-2207
Telephone: (202) 371-8300





U.S. DISTRICT COURT
FILED
DEC 1 5 2008
S.D. OF N.Y.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>                      Plaintiff, )<br>v.                             )<br>)<br>BERNARD L. MADOFF, and     )<br>BERNARD L. MADOFF INVESTMENT )<br>   SECURITIES LLC,               )<br>                Defendants. )<br>)<br>_____ )<br>)<br>SECURITIES INVESTOR PROTECTION )<br>   CORPORATION, )<br>                Applicant, )<br>v. )<br>BERNARD L. MADOFF INVESTMENT )<br>   SECURITIES LLC, )<br>               Defendant. )<br>_____ ) | **Civ. 08-10791** |

## CONSENT

Defendant, Bernard L. Madoff Investment Securities LLC, admits the jurisdiction of this Court over it and over the subject matter of this action, admits the service of a Complaint and

Application by Plaintiff-Applicant Securities Investor Protection Corporation, waives the filing of an answer and the entry of findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure, and consents, without admitting or denying any allegations contained in the Complaint and Application, to the entry of an Order appointing a trustee for the liquidation of the business of the Defendant, pursuant to the Securities Investor Protection Act of 1970, 15 U.S.C. §78aaa *et seq.*, without further notice.

No offer, promise or threat of any kind whatsoever has been made by Plaintiff-Applicant or by any of its officers, agents, or representatives of either in consideration of this Consent.

Bernard L. Madoff Investment Securities LLC

By [signature]

Title SOLE MEMBER

DATED: 12-15, 2008

STATE OF New York
COUNTY OF New York

On this 15th day of December, 2008 personally appeared before me and known to me to be the individual who executed the foregoing Consent.

[signature]

Notary Public

MARIA A. MORAGNE
NOTARY PUBLIC, State of New York
No. 24-014718348
Qualified in Kings County
Commission Expires June 30, 20/0