To The Clerk of The Court
Please docket and place
this document in the file

LLS 12/29/08

08 Civ. 10791

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/08

LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

December 24, 2008

Mr. & Mrs. Daniel R. Goldenson
68 Keene Narrows Road
Bremen, ME 04551

Re: Extension of SIPC Protection to Madoff "Feeder Fund" Investors

Dear Mr. & Mrs. Goldenson:

The request in your December 17 letter--that SIPC's coverage be broadened to cover investors like those of the Ascot Fund--comes early in the large and complex procedures which are underway with respect to Madoff's affairs. Before considering the issues involved in changing the terms of SIPC's coverage, the Court would need a formal application and briefing from SIPC, the Securities and Exchange Commission, the Trustee for Bernard L. Madoff Investment Securities LLC, the Receiver for Madoff Securities International Ltd., representatives of interested investor classes, and any other interested parties.

Please also note that SIPC has commenced liquidation proceedings against Bernard L. Madoff Investment Securities LLC in the United States Bankruptcy Court for the Southern District of New York, captioned Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, No. 08-01789-BRL. On December 23, 2008, that court entered an order, inter alia, specifying procedures for filing, determination, and adjudication of claims. The Trustee has set up a website and hotline with information for investors regarding eligibility for SIPC coverage and the claims-filing procedure. The website address is www.madoff.com and the telephone number for the hotline is (888) 727-8695.

If you wish to contact any of the above-referenced officials directly, they can be reached at the following addresses:

Securities Investor Protection Corporation
805 15th St., N.W.
Suite 800
Washington, D.C. 20005

Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
Suite 400
New York, NY 10281

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Baker & Hostetler LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111

Lee S. Richards III, Esq.
Receiver for Madoff Securities International Ltd.
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281

The Honorable Burton R. Lifland
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Yours sincerely,

*Louis L. Stanton*
Louis L. Stanton
United States District Judge