UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

To The Clerk of The Court:
Please docket and place this document in the public file.

08 Civ. 10791

LLS 12/29/08
Louis L. Stanton
U.S.D.J.

December 24, 2008

Mr. Walter F. Burberry
391 Silverbrook Dr.
Danville, KY 40422-1035

Re: December 16, 2008 Letter

Dear Mr. Burberry:

In response to your letter of December 16, 2008, to obtain funds from the Securities Investor Protection Corporation you should apply to:

Securities Investor Protection Corporation
805 15th Street, N.W.
Suite 800
Washington, D.C. 20005-2215

Securities and Exchange Commission v. Madoff et al        Doc. 10

Very truly yours,

Matthew Daly
Law Clerk