To The Clerk of The Court:
   Please docket and place
this document in the public file.

*LLS 12/29/08*
Louis L. Stanton
USDJ

08 Civ. 10791

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/08

391 Silverbrook Dr.
Danville, KY 40422
December 16, 2008

Hon. Louis L Stanton, U.S. District Judge

Dear Sir,
   Since January 1, 2008 I have lost $325,000. and want protection funds from SIPC funds simularly to investors in the Madoff debacle because of simular circumstances.
   Madoff operated as an LLC, not as a borkerage firm! I was simularly duped by owning bank stocks that were not regulated properly, raided by Directors, raided by Wall Street Crooks and let by greedy, inept management that caused my losses.
   Please advise as to application process for said recovery of my funds.
   Funds to be mailed to:
Walter F. Burberry
391 Silverbrook Dr
Danville, KY 40422

*Walter F. Burberry*