UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

08 CIVIL 10791 (LLS)

-against-

Bernard L. Madoff
Bernard L. Madoff Investment Securities LLC
        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Israel Friedman**

[X] *Attorney*

   [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: IF-1958

   [ ] I am a Pro Hac Vice attorney

   [X] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

   From: Wachtell, Lipton, Rosen & Katz

   To: U. S. Securities and Exchange Commission

   [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: 3 World Financial Center, New York, NY 10281

[X] Telephone Number: 212-336-0090

[ ] Fax Number: 212-336-1319

[X] E-Mail Address: friedmani@sec.gov

Dated: 12/29/08