

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
ROOM 4300
NEW YORK, NEW YORK 10281-1022

PREETHI KRISHNAMURTHY
(212) 336-0116
KrishnamurthyP@sec.gov

January 5, 2009

**VIA EMAIL**

Mauro M. Wolfe, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714

   RE: <u>SEC v. Bernard L. Madoff, et al., 08 Civ. 10791 (LLS)</u>

Dear Mr. Wolfe:

  I write to confirm our telephone conversation this afternoon, in which you told me that you were authorized to accept and have accepted service of the Complaint in the above-referenced matter on behalf of your client, Bernard L. Madoff, and that you received a copy of the Complaint on behalf of Mr. Madoff. By signing below, please acknowledge this and the fact that you received a copy of the Complaint by e-mail on December 11, 2008 from counsel for plaintiff Securities and Exchange Commission.

  Thank you for your courtesy in this matter.

                Yours sincerely,

                Preethi Krishnamurthy
                Senior Counsel

I HAVE BEEN AUTHORIZED BY DEFENDANT
BERNARD L. MADOFF TO ACCEPT SERVICE OF THE COMPLAINT,
HAVE ACCEPTED SERVICE OF THE COMPLAINT, AND
ACKNOWLEDGE HAVING RECEIVED A COPY OF THE COMPLAINT

This ___ day of _____, 2009

By: _____
  Mauro M. Wolfe, Esq.
  Dickstein Shapiro LLP
  Attorney for Defendant Bernard L. Madoff