USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/2/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,         08 Civ. 10791 (LLS)

    - against -                 ORDER

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

On or before noon Monday, March 9, 2009, each of the Securities and Exchange Commission, the SIPA Trustee, the United States Attorney for the Southern District of New York and defendants in this action, or their attorneys, shall serve and file responses to the February 26, 2009 Report of the Receiver Lee S. Richards and Application to Terminate the Receivership ("Report & Application") including whether they support or oppose the relief requested by the Receiver, their agreement or disagreement that "(1) the preservation and protection of the assets of MSIL and investigation into the affairs of MSIL would be most efficiently carried out by and through the JPLs, with the active participation of the UK Authorities and the SEC, and (2) the role of the Receiver is no longer necessary," Report & Application at 13-14, and their view, if any, of the effect termination of the receivership will have on the cooperation directed by paragraph two of the December

19, 2008 Order of the High Court of Justice, Chancery Division, Companies Court, <u>In the Matter of Madoff Securities International Limited and In the Matter of the Insolvency Act of 1986</u>, annexed as Exhibit B to the Report & Application.

So ordered.

Dated: New York, New York
       March 2, 2009

                                    _____
                                    LOUIS L. STANTON
                                         U.S.D.J.