

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendants.

08 Civ. 10791 (LLS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/09

## [PROPOSED] STIPULATED ORDER PARTIALLY LIFTING THE FREEZE ON DEFENDANT BERNARD L. MADOFF'S ASSETS

LLS

WHEREAS, this Court entered orders on December 12, 2008, December 18, 2008, and February 9, 2009, which collectively, in pertinent parts, froze the assets of defendant Bernard L. Madoff ("Madoff") pending final disposition of this action (the "Asset Freeze");

WHEREAS, on December 15, 2008, this Court entered an order pursuant to the

Securities and Exchange Commission v. Madoff et al                                      Doc. 22

Securities Investor Protection Act of 1970, 15 U.S.C. § 78aaa, et seq. ("SIPA"), which, in pertinent part: (a) appointed Irving H. Picard ("Trustee") as trustee for the liquidation of the business of the Bernard L. Madoff Investment Securities LLC ("BLMIS") pursuant to section 78eee(b)(3) of SIPA, (b) appointed Baker & Hostetler, LLP as counsel to the Trustee pursuant to section 78eee(b)(3) of SIPA, and (c) removed the liquidation proceeding to the United States Bankruptcy Court for the Southern District of New York pursuant to section 78eee(b)(4) of SIPA;

WHEREAS, the Trustee has described his powers and duties to include, without limitation, the following:

- The Trustee has the duties of a trustee in a case under chapter 7 of title 11,

pursuant to 15 U.S.C. 78fff-1(b).

- The Trustee has the power and title of a title 11 trustee with respect to the debtor and property of the debtor, pursuant to 15 U.S.C. § 78fff-1(a);

- The Trustee may recover property which would have been customer property except that it was transferred by the debtor pursuant to 15 U.S.C. § 78fff-2(c)(3);

- The Trustee intends to allocate customer property pursuant to court order and to distribute it ratably to the customers pursuant to that order, pursuant to 15 U.S.C. § 78fff-2(c)(1); and

- The Trustee pays costs and expenses of administration and of the liquidation proceedings herein described from Securities Investor Protection Corporation ("SIPC") advances against the general estate, without resort to customer property, pursuant to 15 U.S.C. § 78fff(e).

WHEREAS, the Trustee intends to increase the estate of BLMIS for the benefit of its customers, and to more efficiently carry out his duties and purposes, including the sale of the BLMIS market-making operation;

WHEREAS, this Court has received and reviewed the Trustee's application dated March 2, 2009, requesting that Madoff be partially relieved from the Asset Freeze to the extent necessary to permit Madoff to cooperate with the voluntary transfer of assets to the Trustee; and

WHEREAS, plaintiff Securities and Exchange Commission, defendant Madoff, SIPC, and the United States Attorney for the Southern District of New York have each and every one consented and stipulated, and receiver Lee S. Richards III has consented, to the partial relief requested by the Trustee;

NOW, THEREFORE,

IT IS HEREBY AGREED AND STIPULATED, that, notwithstanding any prior law of this case or prior order of this Court, Madoff, and each of his financial and brokerage institutions, agents, servants, employees, attorneys and those persons in active concert or participation with him, are hereby relieved from the Asset Freeze to the extent needed to cooperate with the Trustee in transferring, pledging or assigning, or causing to be transferred, pledged or assigned, to or for the benefit of the Trustee, assets, funds or other property (including money, real or personal property, securities, commodities, choses in action or other property of any kind whatsoever) of, held by, or under the direct control of, Madoff, whether held in the name of Madoff, BLMIS, Madoff International, or Madoff Ltd., or for the direct or indirect beneficial interest of Madoff, wherever situated, in whatever form such assets may presently exist and wherever located.

SO ORDERED:

By:___*Louis L. Stanton*___
HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

Dated: March **2**, 2009

Stipulated and Agreed:

SECURITIES AND EXCHANGE
COMMISSION

By:_____
  Alexander M. Vasilescu, Esq.
  vasilescu@sec.gov
  Alistaire Bambach, Esq.
  bambacha@sec.gov
  *Counsel for Plaintiff the United States*
  *Securities and Exchange Commission*

BERNARD L. MADOFF

By:_____
  DICKSTEIN SHAPIRO LLP
  153 East 53d Street, Floor 54
  New York, New York 10022
  Telephone: (212) 896-6525
  Ira Sorkin, Esq.
  sorkini@dicksteinshapiro.com
  Mauro Wolfe, Esq.
  wolfem@dicksteinshapiro.com
  *Attorneys for Defendant Bernard L. Madoff*

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC, BY IRVING H. PICARD,
ESQ., TRUSTEE

By:_____
  BAKER & HOSTETLER LLP
  45 Rockefeller Plaza
  New York, New York 10111
  Telephone: (212) 589-4200
  Facsimile: (212) 589-4201
  David Sheehan
  dsheehan@bakerlaw.com
  John J. Carney
  *Attorneys for Irving H. Picard, Esq.,*
  *Trustee for the Liquidation of Bernard L.*
  *Madoff Investment Securities LLC*

SECURITIES INVESTOR PROTECTION
CORPORATION

By:_____
  Josephine Wang, Esq. (JW 0674)
  805 15th Street, N.W. Suite 800
  Washington, D.C. 20005-2215
  jwang@sipc.org
  *Counsel for Securities Investor Protection*
  *Corporation*

LEV L. DASSIN, ACTING UNITED
STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By:_____
  Sharon E. Frase
  sharon.frase@usdoj.gov
  Barbara A. Ward
  barbara.ward@usdoj.gov
  *Assistant United States Attorneys*

Stipulated and Agreed:

SECURITIES AND EXCHANGE
COMMISSION

By: _____
    Alexander M. Vasilescu, Esq.
    vasilescu@sec.gov
    Alistaire Bambach, Esq.
    bambacha@sec.gov
    *Counsel for Plaintiff the United States*
    *Securities and Exchange Commission*


BERNARD L. MADOFF INVESTMENT
SECURITIES LLC, BY IRVING H. PICARD,
ESQ., TRUSTEE


By:_____
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David Sheehan
    dsheehan@bakerlaw.com
    John J. Carney
    *Attorneys for Irving H. Picard, Esq.,*
    *Trustee for the Liquidation of Bernard L.*
    *Madoff Investment Securities LLC*


LEV L. DASSIN, ACTING UNITED
STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK


By: _____
    Sharon E. Frase
    sharon.frase@usdoj.gov
    Barbara A. Ward
    barbara.ward@usdoj.gov
    *Assistant United States Attorneys*


BERNARD L. MADOFF

By: _____
    DICKSTEIN SHAPIRO LLP
    153 East 53d Street, Floor 54
    New York, New York 10022
    Telephone: (212) 896-6525
    Ira Sorkin, Esq.
    sorkini@dicksteinshapiro.com
    Mauro Wolfe, Esq.
    wolfem@dicksteinshapiro.com
    *Attorneys for Defendant Bernard L. Madoff*


SECURITIES INVESTOR PROTECTION
CORPORATION


By:_____
    Josephine Wang, Esq. (JW 0674)
    805 15th Street, N.W. Suite 800
    Washington, D.C. 20005-2215
    jwang@sipc.org
    *Counsel for Securities Investor Protection*
    *Corporation*

Stipulated and Agreed:

SECURITIES AND EXCHANGE
COMMISSION

By: _____
    Alexander M. Vasilescu, Esq.
    vasilescu@sec.gov
    Alistaire Bambach, Esq.
    bambacha@sec.gov
    *Counsel for Plaintiff the United States*
    *Securities and Exchange Commission*


BERNARD L. MADOFF INVESTMENT
SECURITIES LLC, BY IRVING H. PICARD,
ESQ., TRUSTEE

By: _____
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone (212) 589-4200
    Facsimile: (212) 589-4201
    David Sheehan
    dsheehan@bakerlaw.com
    John J. Carney
    *Attorneys for Irving H. Picard, Esq.,*
    *Trustee for the Liquidation of Bernard L.*
    *Madoff Investment Securities LLC*


LEV L. DASSIN, ACTING UNITED
STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By: _____
    Sharon E. Frase
    sharon.frase@usdoj.gov
    Barbara A. Ward
    barbara.ward@usdoj.gov
    *Assistant United States Attorneys*


BERNARD L. MADOFF

By:_____
    DICKSTEIN SHAPIRO LLP
    153 East 53d Street, Floor 54
    New York, New York 10022
    Telephone: (212) 896-6525
    Ira Sorkin, Esq.
    sorkini@dicksteinshapiro.com
    Mauro Wolfe, Esq.
    wolfem@dicksteinshapiro.com
    *Attorneys for Defendant Bernard L. Madoff*


SECURITIES INVESTOR PROTECTION
CORPORATION

By:_____
    Josephine Wang, Esq. (JW 0674)
    805 15th Street, N.W. Suite 800
    Washington, D.C. 20005-2215
    jwang@sipc.org
    *Counsel for Securities Investor Protection*
    *Corporation*

- 4 -

Stipulated and Agreed:

SECURITIES AND EXCHANGE
COMMISSION

By: _____
    Alexander M. Vasilescu, Esq.
    vasilescu@sec.gov
    Alistaire Bambach, Esq.
    bambacha@sec.gov
    *Counsel for Plaintiff the United States*
    *Securities and Exchange Commission*

BERNARD L. MADOFF

By: _____
    DICKSTEIN SHAPIRO LLP
    153 East 53d Street, Floor 54
    New York, New York 10022
    Telephone: (212) 896-6525
    Ira Sorkin, Esq.
    sorkini@dicksteinshapiro.com
    Mauro Wolfe, Esq.
    wolfem@dicksteinshapiro.com
    *Attorneys for Defendant Bernard L. Madoff*

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC, BY IRVING H. PICARD,
ESQ., TRUSTEE

By: _____
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David Sheehan
    dsheehan@bakerlaw.com
    John J. Carney
    *Attorneys for Irving H. Picard, Esq.,*
    *Trustee for the Liquidation of Bernard L.*
    *Madoff Investment Securities LLC*

SECURITIES INVESTOR PROTECTION
CORPORATION

By: _____
    Josephine Wang, Esq. (JW 0674)
    805 15th Street, N.W. Suite 800
    Washington, D.C. 20005-2215
    jwang@sipc.org
    *Counsel for Securities Investor Protection*
    *Corporation*

LEV L. DASSIN, ACTING UNITED
STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By: _____
    Sharon E. Frase
    sharon.frase@usdoj.gov
    Barbara A. Ward
    barbara.ward@usdoj.gov
    *Assistant United States Attorneys*

Stipulated and Agreed:

SECURITIES AND EXCHANGE
COMMISSION

By: _____
    Alexander M. Vasilescu, Esq.
    vasilescu@sec.gov
    Alistaire Bambach, Esq.
    bambacha@sec.gov
    *Counsel for Plaintiff the United States*
    *Securities and Exchange Commission*


BERNARD L. MADOFF INVESTMENT
SECURITIES LLC, BY IRVING H. PICARD,
ESQ., TRUSTEE


By: _____
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David Sheehan
    dsheehan@bakerlaw.com
    John J. Carney
    *Attorneys for Irving H. Picard, Esq.,*
    *Trustee for the Liquidation of Bernard L.*
    *Madoff Investment Securities LLC*

LEV L. DASSIN, ACTING UNITED
STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By: __*Edward*_____
    Sharon E. Frase
    sharon.frase@usdoj.gov
    Barbara A. Ward
    barbara.ward@usdoj.gov
    *Assistant United States Attorneys*

BERNARD L. MADOFF

By: _____
    DICKSTEIN SHAPIRO LLP
    153 East 53d Street, Floor 54
    New York, New York 10022
    Telephone: (212) 896-6525
    Ira Sorkin, Esq.
    sorkini@dicksteinshapiro.com
    Mauro Wolfe, Esq.
    wolfem@dicksteinshapiro.com
    *Attorneys for Defendant Bernard L. Madoff*


SECURITIES INVESTOR PROTECTION
CORPORATION

By: _____
    Josephine Wang, Esq. (JW 0674)
    805 15th Street, N.W. Suite 800
    Washington, D.C. 20005-2215
    jwang@sipc.org
    *Counsel for Securities Investor Protection*
    *Corporation*