UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                      Plaintiff,  :
:
       - against -  :    08 Civ. 10791 (LLS)
:    ECF CASE
BERNARD L. MADOFF and  :
BERNARD L. MADOFF INVESTMENT  :
SECURITIES LLC,  :
:
                      Defendants.  :
:
-----------------------------------------------------------------x

## SEC RESPONSE TO RECEIVER TERMINATION REQUEST

Plaintiff Securities and Exchange Commission ("SEC") submits the following response pursuant to the Court's order dated March 2, 2009. The SEC consents to the relief requested in the February 26, 2009 Report of Receiver Lee S. Richards and Application to Terminate the Receivership and agrees with the reasons given by the Receiver for the withdrawal. The SEC agrees to continue coordination with the Joint Provisional Liquidators appointed by the U.K. High Court of Justice over Madoff Securities International Ltd. in order to protect and preserve the assets of MSIL. The termination of the receivership will not affect the cooperation directed by paragraph two of the December 19, 2008 Order of the High Court of Justice, Chancery

Division, Companies Court, <u>In the Matter of Madoff Securities International Limited and in the Matter of the Insolvency Act of 1986</u>.

Dated: New York, New York
      March 9, 2009

Respectfully Submitted,

_____
Alexander M. Vasilescu (AV 2575)
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281 (Room 4300)
(212) 336-0178

cc:     Ira Lee Sorkin, Esq., Dickstein, Shapiro LLP, attorneys for Defendant Bernard Madoff
        John J. Carney, Esq., Baker Hostetler, attorneys for Irving Picard, the SIPC Trustee
        Lee Richards, Esq., Court-Appointed Receiver
        Barbara Ward, Assistant U.S. Attorney for the Southern District of New York