


To The Clerk of The Court:
Please docket and place
this document in the public file,

**LLS** ³/₁₀/₀₉

Louis L. Stanton
U.S.D.J.

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2009

BY HAND

Honorable Louis L. Stanton
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Securities and Exchange Commission v. Madoff, et al.
              08 Civ. 10791 (LLS)

Dear Judge Stanton:

        Pursuant to the Court's March 2, 2009 order in the above-captioned action, the United States Attorney for the Southern District of New York (the "U.S. Attorney") respectfully submits this letter in response to the February 26, 2009 Report of the Receiver Lee S. Richards and Application to Terminate the Receivership (the "Receiver's Report & Application").

        The U.S. Attorney consents to the relief requested in the Receiver's Report & Application and agrees with the reasons set forth therein for the requested termination. The U.S. Attorney expects that the Securities and Exchange Commission will continue to coordinate with the Joint Provisional Liquidators appointed by the U.K. High Court of Justice over Madoff Securities International Ltd. in order to protect and preserve the assets of MSIL and further expects that the termination of the receivership will not affect the cooperation directed by paragraph two of the December 19, 2008 Order of the High Court of Justice, Chancery Division, Companies Court, In the Matter of Madoff Securities International Limited and in the Matter of the Insolvency Act of 1986.

This is an ECF case to which the U.S. Attorney is not a party. Accordingly, the U.S. Attorney respectfully requests that the Court direct that this letter be docketed.

Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney

By: *Marc Litt* (signature)

Marc Litt
Assistant United States Attorney
(212) 637-2295

cc: Ira Lee Sorkin, Esq. (by e-mail)
    John J. Carney, Esq. (by e-mail)
    Lee Richards, Esq. (by e-mail)
    Alexander M. Vasilescu, Esq. (by e-mail)