AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    - against -

**APPEARANCE**

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Case Number: 08 Civ. 10791 (LLS)

    Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    BERNARD MADOFF

I certify that I am admitted to practice in this court.

| 3/18/2009 | *[signature]* |
| Date | Signature |

| Ira Lee Sorkin | IS 8884 |
| Print Name | Bar Number |

1177 Avenue of the Americas
Address

| New York | NY | 10036 |
| City | State | Zip Code |

| (212) 277-6576 | (212) 277-6501 |
| Phone Number | Fax Number |