AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    - against -

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendants.

**APPEARANCE**

Case Number: 08 Civ. 10791 (LLS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    BERNARD MADOFF

I certify that I am admitted to practice in this court.

| 3/18/2009 | *[signature]* |
|---|---|
| Date | Signature |
| | Daniel J. Horwitz — DH 4339 |
| | Print Name — Bar Number |
| | 1177 Avenue of the Americas |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 277-6552 — (212) 277-6501 |
| | Phone Number — Fax Number |