AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

    - against -

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendants.

**APPEARANCE**

Case Number: 08 Civ. 10791 (LLS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    BERNARD MADOFF

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/18/2009 | *[signature: Nicole DeBello]* |
| Date | Signature |
| | Nicole DeBello — ND 0902 |
| | Print Name / Bar Number |
| | 1177 Avenue of the Americas |
| | Address |
| | New York, NY 10036 |
| | City / State / Zip Code |
| | (212) 277-6589 / (212) 277-6501 |
| | Phone Number / Fax Number |