AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

       - against -

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendants.

**APPEARANCE**

Case Number:  08 Civ. 10791 (LLS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    BERNARD MADOFF

I certify that I am admitted to practice in this court.

| 3/19/2009 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Mauro M. Wolfe | MW 2380 |
| | Print Name | Bar Number |
| | 1177 Avenue of the Americas | |
| | Address | |
| | New York | NY | 10036 |
| | City | State | Zip Code |
| | (212) 277-6726 | (212) 277-6501 |
| | Phone Number | Fax Number |