UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x
                                          :
SECURITIES AND EXCHANGE                   :
COMMISSION,                               :
                                          :
                    Plaintiff,            :   Case No. 08 Civ. 10791 (LLS)
                                          :
       vs.                                :
                                          :
BERNARD L. MADOFF and                     :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                           :
                                          :
                    Defendants.           :
                                          :
―――――――――――――――――――――――――x

## NOTICE OF MOTION FOR PARTIAL RELIEF FROM INJUNCTION

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Motion for Partial Relief From Injunction, and all prior papers and proceedings herein, Movants The Blumenthal & Associates Florida General Partnership, Marc Cherno, Judith Rock Goldman, the Horowitz Family Trust, Steven Morganstern, M.D., The Martin Rappaport Charitable Remainder Unitrust, and Martin Rappaport ("Movants") hereby move this Court for an order modifying the Partial Judgment on Consent Imposing Permanent Injunction and Continuing Other Relief ("Permanent Injunction") [Dkt. No. 18], issued by the Court on February 9, 2009, to allow the Movants to file an involuntary bankruptcy petition against Bernard L. Madoff in the United States Bankruptcy Court for the Southern District of New York.

The Permanent Injunction incorporates by reference certain provisions of the Order on Consent Imposing Preliminary Injunction, Freezing Assets and Granting Other Relief Against Defendants [Dkt. No. 8], issued by the Court on December 18, 2008, which provides that the instant Motion shall be made on <u>three day's notice</u> to the Plaintiff.

Dated: April 1, 2009

Respectfully submitted,

MILBERG LLP

*[signature]*

Jonathan M. Landers (JL 1468)
Matthew Gluck (MG 4148)
Brad N. Friedman (BF 9309)
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Christopher A. Seeger
Stephen A. Weiss
One William Street
New York, New York
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

***Attorneys for Movants***

CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 1st day of April 2009, I caused a true and correct copy of the foregoing NOTICE OF MOTION FOR PARTIAL RELIEF FROM INJUNCTION to be served on all parties to this action via electronic filing and on the following parties via Federal Express overnight delivery:

Alexander M. Vasilescu, Esq.
Alistair Bambach, Esq.
Andrew Calamari, Esq.
Regional Trial Counsel / Trial Unit Chief
Northeast Regional Office
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY 10281-1022

Irving H. Picard, Esq.
SIPA Trustee
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Kevin H. Bell, Esq.
Josephine Wang, Esq.
Security Investment Protection Corporation
805 Fifteenth Street, NW
Suite 800
Washington, D.C. 20005-2207

David J. Sheehan, Esq.
Douglas E. Spelfogel, Esq.
Alissa M. Nann, Esq.
Brian K. Esser, Esq.
John Moscow, Esq.
Jonathan R. Barr, Esq.
Lauren Resnick, Esq.
Richard J. Bernard, Esq.
Seanna Brown, Esq.
Baker Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Marc Litt, Esq.
Assistant U.S. Attorney
United States Attorney's Office
for the Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007

Ira Lee Sorkin, Esq.
Daniel James Horwitz, Esq.
Nicole Pappas De Bello, Esq.
Mauro Michael Wolfe, Esq.
Dickstein Shapiro, LLP
1177 Avenue of the Americas
New York, NY 10036-2714

/s/ Jonathan M. Landers