AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission )<br>*Plaintiff* )<br>v. )<br>Bernard L. Madoff, et al. )<br>*Defendant* ) | Case No. 08 Civ. 10791 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The Blumenthal & Associates Florida General Partnership, Marc Cherno, Judith Rock Goldman, the Horowitz Family Trust, Steven Morganstern, M.D., The Martin Rappaport Charitable Remainder Unitrust, and Martin Rappaport

Date: 04/01/2009

*Attorney's signature*

Matthew Gluck (MG 4148)
*Printed name and bar number*

Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
*Address*

mgluck@milberg.com
*E-mail address*

(212) 594-5300
*Telephone number*

(212) 868-1229
*FAX number*