UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Securities and Exchange Commission

                     Plaintiff,        08 CIVIL 10791 (LLS)

   -against-

Madoff

                     Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Matthew Gluck**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **MG4148**

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: **Fried Frank**

    To: **Milberg LLP**

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ **Address:** One Pennsylvania Plaza

☐ **Telephone Number:** 212-594-5300

☐ **Fax Number:** 212-868-1229

☐ **E-Mail Address:** mgluck@milberg.com

Dated: April 1, 2009                    /s/ Matthew Gluck