

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,      08 Civ. 10791 (LLS)

     - against -            ORDER

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendants.
- - - - - - - - - - - - - - - - - -X

    Responses to Movants' April 1, 2009 Motion for Partial Relief from the February 9, 2009 Partial Judgment on Consent and its predecessors must be served and filed, with a courtesy copy to chambers, on or before noon Wednesday, April 8, 2009.

    So ordered.

Dated: New York, New York
       April 2, 2009

                                        *Louis L. Stanton*
                                  LOUIS L. STANTON
                                      U.S.D.J.

Securities and Exchange Commission v. Madoff et al        Doc. 41