

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,     08 Civ. 10791 (LLS)

   - against -            ORDER

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendants.
- - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-09

      Responses to Movants' April 1, 2009 Motion for Partial Relief from the February 9, 2009 Partial Judgment on Consent and its predecessors must be served and filed, with a courtesy copy to chambers, on or before noon Wednesday, April 8, 2009.

Securities and Exchange Commission v. Madoff et al      Doc. 42

    So ordered.

Dated: New York, New York
      April 2, 2009

                               *Louis L. Stanton*
                               LOUIS L. STANTON
                                  U.S.D.J.