AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 08 Civ. 10791 |
| Bernard L. Madoff, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The Blumenthal & Associates Florida General Partnership, Marc Cherno, Judith Rock Goldman, the Horowitz Family Trust, Steven Morgenstern, M.D., The Martin Rappaport Charitable Remainder Unitrust, and Martin Rappaport.

Date: 04/01/2009

*Attorney's signature*

Jonathan M. Landers (JL 1468)
*Printed name and bar number*

Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
*Address*

jlanders@milberg.com
*E-mail address*

(212) 594-5300
*Telephone number*

(212) 868-1229
*FAX number*