UNDCSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-10-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,        08 Civ. 10791 (LLS)

      - against -             ORDER

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

             Defendants.
- - - - - - - - - - - - - - - - - -X

    Sufficient reason appearing, and the Court having rendered its Opinion dated April 10, 2009, article V of the December 18, 2008 Order on Consent Imposing Preliminary Injunction, Freezing Assets and Granting Other Relief Against Defendants, which provides

> that Defendants and their partners, agents, employees, attorneys, or other professionals, anyone acting in concert with them or on their behalf, and any third party, are preliminarily enjoined from filing a bankruptcy proceeding against Defendants without filing a motion on at least three (3) days' notice to the Plaintiff, and approval of this Court after a hearing

and its incorporation by reference in article IV of the February 9, 2009 Partial Judgment on Consent Imposing Permanent Injunction and Continuing Other Relief, are vacated and shall have no further force or effect.

    So ordered.

Dated: New York, New York
       April 10, 2009

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                            U.S.D.J.

Securities and Exchange Commission v. Madoff et al    Doc. 46