ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,        08 Civ. 10791 (LLS)

    - against -              ORDER

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendants.
- - - - - - - - - - - - - - - - - -X

    My April 10, 2009 Opinion is amended by adding, as a footnote following the last word "intermediaries" in the final full paragraph on page two:

> Each such investor may receive through his intermediary his full share of the proceeds of the BLMIS liquidation. Each direct customer of BLMIS may also receive a supplemental distribution from SIPC reserve funds for the loss up to $500,000 per direct customer ($100,000 per customer for cash claims). The corresponding distribution to the intermediary as a direct customer is similarly limited in amount, but must be shared among the intermediary's member investors.

    So ordered.

Dated: New York, New York
       April 14, 2009

                                     /s/ Louis L. Stanton
                                 LOUIS L. STANTON
                                    U.S.D.J.

Securities and Exchange Commission v. Madoff et al        Doc. 53