AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE                         **APPEARANCE**
COMMISSION,

        Plaintiff,                            Case No. 08 Civ. 10791 (LLS)

        -against-

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SERCURITIES, LLC,

        Defendants.


**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for Alan Nisselson, chapter 7 Trustee of Bernard L. Madoff.

I certify that I am admitted to practice in this court.

Date: April 29, 2009

                                                            _[signature]_
                                                            Signature

                                                   Howard L. Simon        HS-6362
                                                   Print Name           Bar Number

                                                   Windels Marx Lane & Mittendorf, LLP
                                                   156 West 56th Street
                                                   Address

                                                   New York, New York 10019
                                                   City State Zip Code

                                                   212-237-1113      212-262-1215
                                                   Phone Number      Fax Number

{10507099:1}