AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT SERCURITIES, LLC,

        Defendants.

**APPEARANCE**

Case No. 08 Civ. 10791 (LLS)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for Alan Nisselson, chapter 7 Trustee of Bernard L. Madoff.

I certify that I am admitted to practice in this court.

Date: April 29, 2009

_Regina Griffin_ (Signature)

Regina Griffin      RG-6877
Print Name      Bar Number

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
Address

New York, New York 10019
City State Zip Code

212-237-1113      212-262-1215
Phone Number      Fax Number

{10507098:1}