

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

- against -

BERNARD L. MADOFF and
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendants.

08 Civ. 10791 (LLS)  6/25/09

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of ALEXANDER M. VASILESCU, attorney for Plaintiff Securities and Exchange Commission, and said sponsor attorney's declaration in support:

**IT IS HEREBY ORDERED** ~~that~~, without objection, that     LLS

Applicant's Name:    James A. Clarkson

Firm Name:    Securities and Exchange Commission, New York Regional Office

Address:    3 World Financial Center, Room 400

City/State/Zip:    New York, New York 10281-1022

Phone Number:    212-336-1100

Fax Number:    212-336-1319

E-mail:    clarksonj@sec.gov

is admitted, *nunc pro tunc* as of December 11, 2008, to practice *pro hac vice* as counsel for Plaintiff Securities and Exchange Commission in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

Securities and Exchange Commission v. Madoff et al                                                                                        Doc. 58

attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: June 24, 2009
New York, New York

_____
Louis L. Stanton
UNITED STATES DISTRICT JUDGE